IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, <br><br> Plaintiffs, <br><br> v. <br><br> BLACK KNIGHT TECHNOLOGIES, LLC, BLACK KNIGHT, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities, <br><br> Defendants. | Civil Action No. _____ <br><br><br> Removed from the Superior Court of New Jersey, Law Division, Mercer County, Case No. MER-L-000271-24 |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BLACK KNIGHT TECHNOLOGIES, LLC PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant Black Knight Technologies, LLC, by and through its undersigned counsel, hereby states that (a) it is wholly-owned by Black Knight InfoServ, LLC; that Black Knight InfoServ, LLC is wholly-owned by Black Knight Financial Services, LLC; and that Black Knight Financial Services, LLC is wholly-owned by Black Knight Financial Services, Inc.; and (b) publicly-held corporation Intercontinental Exchange, Inc. owns 10% or more of its stock.

2

Executed on March 26, 2024

/s/ *Scott S. Christie*
Scott S. Christie
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07172
Phone: (973) 848-5388
Fax: (973) 297-3981
schristie@mccarter.com

*Counsel for Defendants Black Knight Technologies, LLC and Black Knight, Inc.*

2

ME1 44317675v.1