IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>BLACK KNIGHT TECHNOLOGIES, LLC, BLACK KNIGHT, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No. _____<br><br><br><br>Removed from the Superior Court of New Jersey, Law Division, Mercer County, Case No. MER-L-000271-24 |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
BLACK KNIGHT , INC.  PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant Black Knight, Inc., by and through its undersigned counsel, hereby states that it is a wholly-owned subsidiary of ICE Mortgage Technology Holdings, Inc., and that publicly-held corporation Intercontinental Exchange, Inc. owns 10% or more of its stock.

ME1 44317675v.1

2

Executed on March 26, 2024

/s/ *Scott S. Christie*
Scott S. Christie
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07172
Phone: (973) 848-5388
Fax: (973) 297-3981
schristie@mccarter.com

*Counsel for Defendants Black Knight Technologies, LLC and Black Knight, Inc.*

2

ME1 44317675v.1