IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>        Plaintiffs,<br><br>       v.<br><br>BLACK KNIGHT TECHNOLOGIES, LLC, BLACK KNIGHT, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>        Defendants. | Civil Action No. _____<br><br><br><br><br><br>Removed from the Superior Court of New Jersey, Law Division, Mercer County, Case No. MER-L-000271-24 |

**DIVERSITY DISCLOSURE STATEMENT OF DEFENDANT BLACK KNIGHT TECHNOLOGIES, LLC PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Defendant Black Knight Technologies, LLC, by and through its undersigned counsel, hereby states that (a) it is a limited liability company formed under the laws of the State of Delaware, with its principal place of business in Jacksonville, Florida; (b) the sole member of Black Knight Technologies, LLC is Black Knight InfoServ, LLC, a limited liability company formed under the laws of the State of Delaware, with its principal place of business in Jacksonville, Florida; (c) the sole member of Black Knight InfoServ, LLC is Black Knight Financial Services, LLC, a limited liability company formed under the laws of the State of Delaware, with its principal place of business in Jacksonville, Florida; and

2

(d) the sole member of Black Knight Financial Services, LLC is Black Knight Financial Services, Inc., a corporation incorporated in the State of Delaware with its principal place of business in Jacksonville, Florida.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2024

/s/ *Scott S. Christie*
Scott S. Christie
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07172
Phone: (973) 848-5388
Fax: (973) 297-3981
schristie@mccarter.com

*Counsel for Defendants Black Knight Technologies, LLC and Black Knight, Inc.*