IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>       Plaintiffs,<br><br>     v.<br><br>BLACK KNIGHT TECHNOLOGIES, LLC, BLACK KNIGHT, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>       Defendants. | Civil Action No. _____<br><br><br><br>Removed from the Superior Court of New Jersey, Law Division, Mercer County, Case No. MER-L-000271-24 |

**DIVERSITY DISCLOSURE STATEMENT OF DEFENDANT
BLACK KNIGHT, INC. PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Defendant Black Knight, Inc., by and through its undersigned counsel, hereby states that it is a corporation incorporated in the State of Delaware with its principal place of business in Jacksonville, Florida.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2024

                /s/ *Scott S. Christie*
                Scott S. Christie
                McCARTER & ENGLISH, LLP
                Four Gateway Center
                100 Mulberry St.

Newark, NJ 07172
Phone: (973) 848-5388
Fax: (973) 297-3981
schristie@mccarter.com

*Counsel for Defendants Black Knight*
*Technologies, LLC and Black Knight, Inc.*

2