Scott S. Christie (Id. No. 037901989)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07172
Phone: (973) 848-5388
Fax: (973) 297-3981
schristie@mccarter.com

*Counsel for Defendants Black Knight Technologies, LLC and Black Knight, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>      Plaintiffs,<br><br>    v.<br><br>BLACK KNIGHT TECHNOLOGIES, LLC, BLACK KNIGHT, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>      Defendants. | Civil Action No. 3:24-cv-04233-MAS-TJB<br><br><br>**DEFENDANTS' APPLICATION AND ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY** |

  Pursuant to Local Civil Rule 6.1(b), application is hereby made for an Order extending the

time within which Defendants Black Knight Technologies, LLC and Black Knight, Inc.

ME1 32841548v.1

("Defendants") may answer, move or otherwise reply to the Complaint filed by Plaintiffs on February 6, 2024, for a period of fourteen (14) days, to and including April 16, 2024, and it is represented that:

1. No previous extension has been obtained;

2. A copy of the Complaint was served on Defendants on February 26, 2024;

3. The notice of removal was timely filed on March 26, 2024; and

4. The time for Defendant to answer, move or otherwise reply would expire, at the earliest, on April 2, 2024.

Respectfully submitted,

*Scott S. Christie* (signature)

Scott S. Christie
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Phone: (973) 848-5388
Fax: (973) 297-3981
schristie@mccarter.com

*Counsel for Defendants Black Knight Technologies, LLC and Black Knight, Inc.*

SO ORDERED this _____ day of April, 2024.

_____
Deputy Clerk

ME1 32841548v.1