# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**　　　　　　　　　　　　　**DATE OF PROCEEDINGS:** 5/7/20/24

**JUDGE:** Harvey Bartle, III

**COURT REPORTER:** Ann Marie Mitchell

**OTHERS:**　　　　　　　　　　　　　　　　　**DOCKET NO:** CR #24-4233

**TITLE OF CASE:**

ATLAS DATA PRIVACY CORP.
　　　(vs)
BLACK KNIGHT, INC., ET AL.

**APPEARANCES:**

See Attached List

**NATURE OF PROCEEDINGS:**

STATUS CONFERENCE HELD

　　　　　　　　　　　　　　　　　s/David Bruey
　　　　　　　　　　　　　　　　　Deputy Clerk

Time Commenced:　2:48 PM　　　　Time Adjourned:　2:50 PM