UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: June 3, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** JOHN KURZ

**TITLE OF CASE:**    **DOCKET NO.:** 24-4233 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
BLACK KNIGHT TECHNOLOGIES, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: STATUS CONFERENCE

Status conference held on the record.
Order to be entered.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 11:09a.m.    Time Adjourned: 11:12a.m.    Total Time in Court: 0:03