

**Scott S. Christie**
Partner

T. 973-848-5388
F. 973-297-3981

schristie@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

June 10, 2024

**VIA ECF**

Honorable Harvey Bartle III
Senior United States District Judge
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:** *Atlas Data Privacy Corp., et al. v. Black Knight Technologies, LLC, et al.,*
*Civil Action No. 1:24-cv-04233-HB*

Dear Judge Bartle:

    This firm represents Defendants Black Knight Technologies, LLC and Black Knight, Inc. (collectively, "Black Knight") in the above-referenced matter.

    We write to advise the Court that Black Knight joins the motion to dismiss facially challenging the constitutionality of Daniel's Law filed today under Dkt. No. 27 in the action captioned *Atlas Data Privacy Corporation, et al. v. Lightbox Holdings, L.P.*, Civil Action No. 1:24-cv-04105-HB (the "Consolidated Motion to Dismiss").

    For the reasons set forth in the Consolidated Motion to Dismiss, Black Knight respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully,

Scott S. Christie

ME1 40047667v.1